Gregory T. Van Meter, administrator of the estate of John V. Reardon, deceased, appellant, v. Yellow Cab Company and Louis Bailey, appellees. Gen. No. 30,439.
Action for wrongful death. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom,

Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded. Opinion filed May 5, 1926. Rehearing denied May 18, 1926.

Walter T. Stanton, for appellant; Michael W. Kaveney, of counsel. Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.